```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

BOBBY BOWMAN                                              PLAINTIFF

    V.                      Civil No. 10-2016

RAY HOBBS, Interim Director
Arkansas Department of
Corrections                                               DEFENDANT

O R D E R

On this 20th day of April 2010, there comes on for consideration the report and recommendation filed in this case on March 31, 2010, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 10). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's § 2241 petition is DISMISSED WITH PREJUDICE as barred by the statute of limitations.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge